FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_FILED _ENTERED
_LODGED _RECEIVED

JAN 2 2 2019

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

Marquette Lamont Frazier #49704-007
P.O. Box 1000 F.C.I. Cumberland
Cumberland MD 21501

(Full name, prison identification number and address of the plaintiff)

v.

Civil Action No. PX-19-206
(Leave blank. To be filled in by Court.)

Defendant #1 - Dt. Mr. Ecelberger, Defendant #2 Ofc. Mr. Gautreaux, Defendant #3, Ofc. Mr. Lesene, Police Department 6001 4th St. N.W. Georgia Ave Washington, DC 20011

(Full name and address of the defendant(s))

## COMPLAINT

**I.** **Previous lawsuits.**

**A.** Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

YES [ ]   NO [✓]

**B.** If you answered YES, describe that case(s) in the spaces below.

1. Parties to the other case(s):

Plaintiff: _____

Defendant(s): _____

1983 Complaint Rev. (10/25/2007)

2. Court (if a federal court name the district; if a state court name the city or county): N/A

3. Case No.: N/A

4. Date filed: N/A

5. Name of judge that handled the case: N/A

6. Disposition (won, dismissed, still pending, on appeal): N/A

7. Date of disposition: N/A

II. **Administrative proceedings**

A. If you are in a Division of Correction facility, did you file an administrative remedy procedure request under DCD 185-001, et seq.?

YES [ ]   NO [✓]

1. If you answered YES:

   a. What was the result? N/A

   b. Did you appeal to the Commissioner?

   YES [ ]   NO [✓]

2. If you answered NO to either of the questions above, explain why you did not file an administrative remedy procedure request or an appeal to the

3. How much money do you have in your prison account? _____

4. How much money do you have in checking, savings or other accounts outside of prison? _____N/A_____

5. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles, or other valuable property (not including ordinary household furnishings and clothes)?

   YES [ ]    NO [✓]

   If you answered YES, list the value and describe each item.

   | Value | Description |
   |-------|-------------|
   | _____ | ___N/A___ |
   | _____ | _____ |
   | _____ | _____ |

6. List everyone (including businesses and the government) that you owe money and the amount that you owe.

   | Creditor | Total debt | Monthly payment |
   |----------|------------|-----------------|
   | _____ | __N/A__ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |

3

**III.   Statement of claim**
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

On 03-28-18 at approx 7:15pm as I Mr. Marquette Lamont Frazier and my wife Mrs. Lenard Gray was walking down Georgia Ave. I had ask my wife to walk ahead of me because I felt I needed my medication for my mental illness. I stop to get myself together. We both was going to the beauty shop on Georgia Ave N.W. By that time my wife was maybe a block ahead of me. As I got up to catch up to her

**IV.   Relief**
(State briefly what you want the Court to do for you.)

one-hundred million dollars for pain and suffering 100,000,000. million dollars for false reports and charges

SIGNED THIS 16 day of January, 2019.

_____
(original signature of plaintiff)

Cumberland Federal Correctional
Institution PO Box 1000
Cumberland, MD 21501
(address of plaintiff)

## Statement of Claim #2

I was about maybe 1 or 2 feet from her when she yell out, babe!, behind you!!. When I turned around two-2 DC police officers was coming toward me. I ask, was there a problem officers?? Both of them said no. I was ask by one of them, if am from around here? I responsed by giving them my mother address 7530 Georgia Ave. Then I ask if i was under arrest? Both officers said no am not. As I look toward where my wife was, she was coming back toward me and the officers. I then told her to go on to the beauty shop, am coming behind you. I looked back toward the officers and ask them again if i was under arrest? This time only one of them said no. I replyed by saying, then why do ya'll have me corner off like this, am not doing anything wrong. One of the ofc. got on his radio, about 1-min later a sgt. came in a car. I ask the sgt., why are your officers acting so unprofessional with me??, i know my rights. I ask the sgt. if i could go, so that i could go and get my meds 4 my mental behavior. I was walking away from them when my wife yelled out, babe!!, behind you!!, watch out!! As i was turning around all three-3 of the officers was running toward me really fast. The sgt. was the first to tackle me to the ground with

Statement of Claim #3
Case 1:19-cv-00245-UNA   Document 1   Filed 01/22/19   Page 6 of 8

me hitting my head first, which cause me to black out. When I came back, I could feel one of them with a knee on my neck, and one on my back which was causing me a lot of pain. They was saying something to me, in which I could not acknowledge at that moment to what was being said to me. They picked me up and place me in a cruiser and took me to United Medical MedStar Hospital in DC. There a doctor was asking me what had happen to me? I responsed by saying, the only thang that I can remember was being tackle and I hit my head first and black out. Why you ask doc? The doctor said you will need some stiches on your thum, and it seem as if you do have some swollen to your head and your left knee which seem to be swollen as well. I will order a full x-ray on you. (See Exhibit I- A medical record from MedStar hospital.) I was then transfer back to 4th D Station. While there I ask the Sgt, why did all this happen? Sgt. Ecelberger replyed

## Statement of Claim #4

You don't remember do you? As I am thinking and going over what had took place. Sgt. Ecelberger said that I just fuck up two of his officers. Being that you are one of those mental patient, you are not going to remember anything you did, and know you are going to jail. Maybe you will get the help you need for your illness in jail. I ask Sgt. Ecelberger what is the charges? He responded by saying, assault on 2- officers, 1- resisting arrest, 1- fugitive from justice, and 2- threats to harm officers. After hearing all that, I told Sgt. Ecelberger that there is no way I did any of that. Who are the two-2 police officers I suppose to have assaulted?? Sgt. Ecelberger replyed, Ofc. Gautreaux and Ofc. Lesene. You know a judge is going to believe us before he or she will believe a guy like you with a mental problem. A judge will see this arrest as us saving the community from guys like you. Ofc. Lesene came to the holding cell area and ask me did I know that my wife was a got damn man?? I just started crying to myself on how he just disrespected my wife. I told Ofc. Lesene that love has no male or female on it. God allowed for us to be husband and wife. Who are you to judge and discrimina-

## Statement of Claim #5

-te on 4:57 on 04-26-18 the Honorable Judge Mr. Frederick H. Weisberg dismiss all of the defendants charges filed by Sgt. Edelberger, Ofc. Gautreaux and Ofc. Ledene. See all of the exhibits as evidence to support plaintiff claim. Due to the defendants false reports and charges against me, am now incarcerated by C.S.O.S.A. for one of the main reason of the violation (See Exhibit 4-A-1 as evidence) of my probation that I never violated.

Name & Number X Marquette Lamont Frazier
49904-007
Date X 01/16/2019